```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
                      EASTERN DIVISION
```

**CAROLYN MORRISON,**               )
                                    )
        **Plaintiff,**       )
                                    )
   vs.                          )    No. 4:07CV1191-DJS
                                    )
**MICHAEL J. ASTRUE, Commissioner**  )
**of Social Security,**              )
                                    )
        **Defendant.**        )

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #17] is accepted and adopted.

Dated this __18th__ day of July, 2008.

                                            /s/Donald J. Stohr
                                            UNITED STATES DISTRICT JUDGE